■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY MILES, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (John Moore, J.), rendered on or about December 22, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, Sweeny, DeGrasse, Abdus-Salaam and Román, JJ.